United States District Court
Southern District of Texas
FILED

JUN 0 9 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-15-709 |
| LIZANDRO SALVADOR MORALES-MEDRANO | § § | |
| JULIE GARCIA-TORRES aka JULIE TORRES GARCIA (7/31/2015 lc) | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 15, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LIZANDRO SALVADOR MORALES-MEDRANO**

being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce a firearm, namely, a Century Arms, model WASR-10, 7.62 x 39 mm caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

### Count Two

On or about February 19, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

JULIE GARCIA-TORRES
aka **JULIE TORRES GARCIA**

knowingly made false statements and representations with respect to information required to be kept in the records of Glick Twins, in Pharr, Texas, a federally licensed firearms dealer, in connection with the acquisition of a DSA, Model Q-74 SA 58 FAL, 7.62 x 51mm caliber rifle, in that the defendant JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol,

Tobacco, and Firearms Form 4473, that the defendant JULIE TORRES GARCIA, was the actual buyer of the firearm described above, when in truth and fact the defendant knew that those statements and representations were false and that JULIE TORRES GARCIA, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Three

On or about February 20, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

```
         JULIE GARCIA-TORRES
   aka  JULIE TORRES GARCIA
```

knowingly made false statements and representations with respect to information required to be kept in the records of Glick Twins, in Pharr, Texas, a federally licensed firearms dealer, in connection with the acquisition of a DPMS, Model LR-62, .308 WIN caliber rifle, in that the defendant JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the defendant JULIE TORRES GARCIA, was the actual buyer of the firearm described above, when in truth and fact the defendant knew that those statements and representations were false and that the defendant JULIE TORRES GARCIA, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Four

On or about February 23, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

```
         JULIE GARCIA-TORRES
   aka JULIE TORRES GARCIA
```

knowingly made false statements and representations with respect to information required to be

kept in the records of Danny's Pawn and Sporting Goods, in McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a DPMS, Model Panther LR-308, .308 WIN caliber rifle, and a Zastava, Model N-PAP M70, 7.62 x 39 mm caliber rifle, in that the defendant JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the defendant JULIE TORRES GARCIA, was the actual buyer of the firearms described above, when in truth and fact the defendant knew that those statements and representations were false and that the defendant JULIE TORRES GARCIA, was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Five

On or about February 26, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

JULIE GARCIA-TORRES
aka **JULIE TORRES GARCIA**

knowingly made false statements and representations with respect to information required to be kept in the records of Danny's Pawn and Sporting Goods, in McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century Arms, Model WASR-10, 7.62 X 39 mm caliber rifle, in that the defendant JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the defendant JULIE TORRES GARCIA, was the actual buyer of the firearm described above, when in truth and fact the defendant knew that those statements and representations were false and that the defendant JULIE TORRES GARCIA, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Six

On or about March 26, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

    JULIE GARCIA-TORRES
   aka **JULIE TORRES GARCIA**

knowingly made false statements and representations with respect to information required to be kept in the records of Russell Development, Inc., DBA Guns & More, in Mission, Texas, a federally licensed firearms dealer, in connection with the acquisition of a IO Inc., Model M247-C, 7.62 X 39 mm caliber rifle, in that the defendant JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the defendant JULIE TORRES GARCIA, was the actual buyer of the firearm described above, when in truth and fact the defendant knew that those statements and representations were false and that the defendant JULIE TORRES GARCIA, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## Count Seven

On or about March 31, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

    JULIE GARCIA-TORRES
   aka **JULIE TORRES GARCIA**

knowingly made false statements and representations with respect to information required to be kept in the records of Russell Development, Inc., DBA Guns & More, in Mission, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Zastava, Model M92PV, 7.62 X 39 mm caliber pistol, in that the defendant JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that the defendant JULIE TORRES

defendant knew that those statements and representations were false and that the defendant JULIE TORRES GARCIA, was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A).

## NOTICE OF FORFEITURE
## 18 U.S.C. §922(g)(5)(A)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**LIZANDRO SALVADOR MORALES-MEDRANO**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(5)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Century Arms, model WASR-10, 7.62 x 39 mm caliber rifle; SN: A1-34305-15

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY