UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-15-709-S1 |
| § | |
| LIZANDRO SALVADOR MORALES- § | |
| MEDRANO § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about May 15, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LIZANDRO SALVADOR MORALES-MEDRANO**

did knowingly aid and abet the making of false statements and representations with respect to information required to be kept in the records of 44 Firearms, McAllen, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Century Arms, model WASR-10, 7.62 x 39 mm rifle, in that JULIE TORRES GARCIA, falsely represented on the Bureau of Alcohol, Tobacco, and Firearms Form 4473, that JULIE TORRES GARCIA was the actual buyer of the firearm described above, when in truth and fact the defendant knew that those statements and representations were false and that an unindicted co-conspirator was the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

# NOTICE OF FORFEITURE
## 18 U.S.C. §924(a)(1)(A)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**LIZANDRO SALVADOR MORALES-MEDRANO**

that upon conviction of a violation of Title 18, United States Code, Section 924(a)(1)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Century Arms, model WASR-10, 7.62 x 39 mm rifle; SN: A1-34305-15

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
KRISTEN J. REES
ASSISTANT UNITED STATES ATTORNEY