UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CRIMINAL NO.: M-15-709-S1 |
| | § | |
| LIZANDRO SALVADOR MORALES-MEDRANO | § | |
| | § | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Comes now the United States by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney requesting the Court to enter a Preliminary Order of Forfeiture. In support of its motion, the United States submits the following:

Defendant entered a guilty plea before U.S. District Court Judge Randy Crane to a Criminal Information charging him with making false statements or representations with regards to a firearms record in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

The Criminal Information included a Notice of Forfeiture pursuant to Title 18 U.S.C. § 924(d)(1) and 28 USC § 2461(c), in which the United States sought forfeiture of a Century Arms, model WASR-10, 7.62 x 39 mm caliber rifle; SN: A1-34305-15.

In his plea to the Criminal Information, Defendant admitted that the Century Arms, model WASR-10, 7.62 x 39 mm caliber rifle; SN: A1-34305-15 was involved in the offense to which he pled guilty and he further agreed to forfeit said weapon to the United States.

The United States respectfully requests that, this Court enter the attached Preliminary Order of Forfeiture forfeiting the Century Arms, model WASR-10, 7.62 x 39 mm caliber rifle; SN: A1-34305-15; to the United States.

                        Respectfully submitted,

                        KENNETH MAGIDSON
                        UNITED STATES ATTORNEY

BY:   */s/Kristen J. Rees*
        Kristen J. Rees
        Assistant United States Attorney
        United States Attorney's Office
        1701 W. Bus. 83, Ste. 600
        McAllen, Texas 78501

## **CERTIFICATE OF SERVICE**

On this the 3rd day of August 2015, the forgoing Motion for Issuance of Preliminary Order of Forfeiture was sent to Defendant by and through his attorney of record via electronic filing.

                      */s/Kristen Rees*
                      Kristen Rees
                      Assistant United States Attorney